UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ] | | |
| | ] | No. | 17-CR-10329-DJC |
| v. | ] | | |
| | ] | | |
| JAMIE L. MELO | ] | | |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5, the parties hereby submit the following joint initial status report.

### I. Status of Discovery and Timing of Additional Production

The government's view is that automatic discovery is complete. Due to the volume of production, however, the defendant has not had time to review it and determine whether he agrees.

### II. Timing of Additional Discovery Requests

Short of "21 day" discovery pursuant to LR 116.2(b)(2), the government does not contemplate additional discovery productions. The defendant reserves the right to make additional discovery requests pursuant to Local Rule 116.3.

### III. Protective Orders

At this point, the parties do not anticipate the need for protective orders covering the production of personal information.

### IV. Rule 12 Motions

The defendant proposes filing any anticipated motions under Rule 12 within 60 days of the completion of automatic discovery.

### V. Expert Disclosures

The parties propose that any expert disclosures be due 60 days (government) and 45 days (defense) before trial.

**VI.**     **Excludable Delay**

As of today, no days have elapsed in the 70-day speedy trial period.  On October 31, 2017, the Court excluded the period from that date through December 6, 2017.

**VII.**     **Future Conferences**

The parties suggest an interim status conference approximately a month from the date of this report.  In the interim, the parties will confer on any discovery issues that arise from defendant's review of the materials produced so far.  At the next conference, the parties should be able to confirm that automatic discovery is complete.  Also, within the next week or so the parties anticipate that another prosecutor will be assigned to this matter (because of Mr. Lelling's anticipated appointment as U.S. Attorney for this district).  It would be more efficient for defense counsel and newly-assigned government counsel to confer before the next conference.

The parties also respectfully suggest that the initial status conference currently scheduled for December 6, 2017, can be waived.

Respectfully submitted,

| | |
|---|---|
| William D. Weinreb<br>Acting United States Attorney | Jamie L. Melo<br>Defendant |

By:     /s/ *Andrew Lelling*            /s/ *Gary Pelletier*
          Andrew Lelling                    Gary Pelletier, Esq.
          Assistant U.S. Attorney        Counsel to Jamie L. Melo

Date:  December 5, 2017

**CERTIFICATE OF SERVICE**

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on December 5, 2017.

                /s/ *Andrew Lelling*
                Andrew E. Lelling