# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIE L. MELO,<br><br>       Defendant. | Case No. 17-CR-10329-DLC |

## NOTICE OF APPEARANCE FOR THE GOVERNMENT

To the Clerk of the Court and all parties of record, the undersigned counsel, Justin D. O'Connell, Assistant United States Attorney, respectfully enters his appearance on behalf of the United States Government.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated:  June 18, 2018        By: _____
Justin D. O'Connell, BBO No. 683695
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel:  (617) 748-3515
Justin.O'Connell@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

By: _____
JUSTIN D. O'CONNELL
Assistant United States Attorney